UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MOISES HUMBERTO RIVERA-LUNA
*and* TOKIRO RODAS-RAMIREZ,

*Defendants.*

Case No. 1:10-cr-00256-RCL-14
Case No. 1:10-cr-00256-RCL-16

## ORDER

In April, the Court set a December 1, 2025 trial date for this case. On October 21, 2025, counsel for Defendant Moises Humberto Rivera-Luna filed a Motion to Continue seeking a continuance of no fewer than thirty-six days "to a date on or after January 6, 2025." Def.'s Mot. Continue at 1, ECF No. 764. Mr. Rivera-Luna's counsel requests a continuance because he "is also counsel of record in a separate, complex federal prosecution" in the District of Maryland, where trial is set to begin in five days, on October 27, 2025. *Id.* at 1; *see also United States v. Sherod*, No. 24-cr-120-SAG (D. Md.). Counsel for Mr. Rodas-Ramirez states that he "joins in the request to continue this matter, noting that he is presently engaged in efforts to locate and secure defense witnesses, and would also benefit from the requested continuance." Def.'s Mot. Continue at 2. The United States takes no position. *Id.*

The Court has carefully reviewed the motion, the entire record in this case, and the docket in the Maryland case, which cast defense counsel's eleventh-hour request for a continuance in a beguiling light. The order setting the trial date in the Maryland case was signed on September 26, 2024 and docketed the next day. *See* Order re: Schedule, *United States v. Sherod*, No. 24-cr-120-SAG (D. Md. Sept. 27, 2024). Defense counsel was thus aware of that date when this case was set for trial during an April 11, 2025 status conference, at which defense counsel indicated his

availability for a December trial. *See* Minute Entry of Apr. 11, 2025. Since that time, the Court has repeatedly indicated to the parties that "the December 1, 2025 trial date . . . is firm." *E.g.*, Order of Sept. 3, 2025, ECF No. 760; *see also* Order of July 9, 2025, ECF No. 754 (explaining that continuance of status conference "will not affect the . . . trial date of December 1, 2025"). Despite the longstanding schedules in both this and the Maryland case, without any recognition of the Court's repeated admonition that this case would go to trial in December, defense counsel now seeks a last-minute continuance on the eve of the Maryland trial. In light of the foregoing, the Court defers ruling on the motion and it is hereby **ORDERED** that the parties and their counsel shall appear in person for a hearing on October 24, 2025, at 2:00 p.m. to explain to the Court in specific detail why the motion should be granted.

       **SO ORDERED.**

Date: October 22, 2025

                                      Royce C. Lamberth
                                      United States District Judge