## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
          :
    **v.**      :  **Case No. 10-cr-256 (RCL)**
          :
MOISES HUMBERTO RIVERA-LUNA, :
et al.,        :
          :
    **Defendants.**  :

### ORDER

Upon consideration of the Motion for Further Exclusion of Time Under the Speedy Trial Act, the opposition thereto, if any, and the entire record herein, it is this _____ day of January 2026, **ORDERED:**

1. That based on the unavailability of the essential witness described in the Government's motion; and

2. That based on the nature of this case, including the number of defendants, the voluminous discovery anticipated, and the nature of the charges, that this case is "complex" within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(ii), and that is unreasonable to expect adequate preparation for the retrial within the time limits established by the Speedy Trial Act; and

3. Regardless of whether this case is "complex," based upon the quantity of evidence, the nature of the prosecution, and the necessary defense preparation for the retrial, the Court finds that, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), the failure to provide additional time would deny counsel for the defendants the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act

serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

Accordingly, it is hereby

**ORDERED** that, in accordance with 18 U.S.C. Sections 3161(h)(3), 3161(h)(6) and (h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv), time shall be excluded *nunc pro tunc* from the computation of the time within which to commence trial – that is the period running from December 17, 2025 through and including on January 21, 2026; and

**ORDERED** that the Court will schedule a new trial date at the status hearing scheduled for January 21, 2026.

_(-14-26_
Date

_Royce C. Lamberth_
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE