# Exhibit 3

[Partial Emblem: MINISTRY OF JUSTICE]

19 Calle Poniente, between 3 and 5 Avenida Norte, Guadalupe Subdivision, Edificio Duarte Novoa, San Salvador
Tel. 2235-2114 / 2235-4098 & 2520-4404

[Logo: Ministry of Justice and Public Security Directorate General of Penitentiary Facilities EL SALVADOR]

San Salvador, June 24, 2013

**COMMUNICATION No. 640/MC/2013**
**MR.** [redacted]
**IMMIGRATION SERVICE ATTACHÉ**
**UNITED STATES CUSTOMS.**
**SAN SALVADOR**
**BY HAND.**

I have the pleasure of forwarding you a reply to the request contained in the unnumbered communication dated 06/12/2013 received by this unit on 06/18/2013, in which the forwarding is requested of the visiting record (visitor name and identification information, relevant penitentiary facility, date of visits), broken down for each of the following persons:

1. **MORIS ALEXANDER BERCIAN MANCHON**
2. **ASMEL ARTURO BERCIAN RIVERA**
3. **MOISES HUMBERTO RIVERA**
4. **BORROMEO ENRIQUE HENRIQUEZ SOLORZANO.**
5. **MARVIN JEOVANNY MONTERROSA LARIOS.**
6. **SAUL ANTONIO TURCIOS ANGEL.**
7. **JOSE MISAEL CISNEROS RODRIGUEZ.**
8. **JAIME GUZMAN DURAN.**

Based on information received from various prisons, I have the pleasure of providing the requested information that is broken down in the attached table.

I must point out that no record was found of Mr. JOSE MISAEL CISNEROS RODRIGUEZ being admitted to any penitentiary facility in this country.

I am reporting this for the applicable legal and administrative purposes.

**GOD UNION LIBERTY**

[illegible seal]

*[Signature]*

**EVELYN CAROLINE SOSA MATUS, ATTORNEY)**
**HEAD OF THE PENITENTIARY RECORD**
**AND OVERSIGHT UNIT**

[Seal: MINISTRY OF JUSTICE AND PUBLIC SECURITY AUTHENTICATIONS [National Emblem] EL SALVADOR]

**Cc/Director General of Penitentiary Facilities**

[redacted]

GOVERNMENT'S EXHIBIT
Downloads
155A

[Seal:
MINISTRY OF
FOREIGN AFFAIRS
[National Emblem]
EL SALVADOR
APOSTILLE]

[National Emblem:
REPUBLIC OF EL SALVADOR IN
CENTRAL AMERICA]

MINISTRY OF FOREIGN AFFAIRS

FOREIGN AFFAIRS

**No. 196086**

**APOSTILLE**

**(The Hague Convention of October 5, 1961)**

| | | | |
|---|---|---|---|
| **1. País:** Country/ Pays: | **EL SALVADOR** | | |
| **El presente documento público** This public document/ Le présent acte public | | | |
| **2. Ha sido firmado por** Has been signed by A été signé par | **JORGE ALBERTO MULATO FLAMENCO** | | |
| **3. Quien actúa en calidad de** Acting in the capacity of Agissant en qualité de | HEAD OF THE AUTHENTICATION UNIT | | |
| **4. Y está revestido del sello/ timbre de** Bears the seal / stamp of Est revêtu du sceau / timbre de | MINISTRY OF JUSTICE AND PUBLIC SECURITY. | | |
| **Certificado** Certified / Attesté | | | |
| **5. En** at/ á | MINISTRY OF FOREIGN AFFAIRS | **6. El día** the / le | 06/25/2013 |
| **7. Por** by / par | TECHNICIAN VI OF THE DIRECTORATE GENERAL OF FOREIGN SERVICE | | |
| **8. Bajo el número** No Sous No | **12949/13** | | |
| **9. Sello / timbre:** Seal/ stamp: Sceau / timbre: | [Seal: MINISTRY OF FOREIGN AFFAIRS [National Emblem] EL SALVADOR APOSTILLE] | **10. Firma:** Signature: Signature: | [signature] MARIA DIGNA MELGAR ROMERO |
| **Tipo de documento:** (Type of document – Type du document:) | CRIMINAL RECORD | **Número de hojas que contiene el documento:** 2.- (Number of sheets contained in the document -- Nombre de feuilles continues dans le document:) | |

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise

**EXEMPT FROM CONSULAR FEES**

[National Emblem:
REPUBLIC OF EL SALVADOR
IN CENTRAL AMERICA]

[Emblem:
MINISTRY OF JUSTICE
AND PUBLIC SECURITY]

**MINISTRY OF JUSTICE AND PUBLIC SECURITY**
**AUTHENTICATIONS**

The Undersigned Head of the Authentications Unit of the Ministry of Justice and Public Security HEREBY CERTIFIES: that the preceding signature is AUTHENTIC, since it matches that used by Ms. EVELYN CAROLINA SOSA MATUS, Attorney as Head of the Penitentiary Record and Oversight Unit of the Directorate General of Penitentiary Facilities. This authentication is limited to the aforementioned signature and takes no responsibility for the content of the document. San Salvador, June twenty-fifth, two thousand thirteen.

[Seal:
MINISTRY OF JUSTICE AND
PUBLIC SECURITY
AUTHENTICATIONS
[national emblem]
EL SALVADOR]

*[Signature]*

Jorge Alberto Mulato Flamenco

[Emblem: MINISTRY OF JUSTICE AND PUBLIC SECURITY]

MINISTRY OF JUSTICE AND PUBLIC SECURITY
DIRECTORATE GENERAL OF PENITENTIARY FACILITIES
PENITENTIARY INFORMATION SYSTEM

[Logo: Ministry of Justice and Public Security Directorate General of Penitentiary Facilities EL SALVADOR]

| BREAKDOWN OF VISITS FOR INMATE MOISES HUMBERTO RIVERA | | | |
|---|---|---|---|
| **NAME** | **RELATIONSHIP** | **ID CARD** | **DATE OF VISIT** |
| **María Angelina Ramos** | Mother-in-Law | 01639483-1 | June 26, 2010 |
| | | | July 24, 2010 |
| | | | August 07 and 21, 2010 |
| **Domitila de la Paz Portillo** | Life Partner | 01639209-1 | September 04 and 18, 2010 |
| | | | October 30, 2010 |
| | | | November 13 and 27, 2010 |
| | | | December 25, 2010 |
| | | | January 08, 2011 |
| | | | February 05 and 22, 2011 |
| | | | March 05 and 19, 2011 |
| | | | April 30, 2011 |
| | | | May 14 and 28, 2011 |
| | | | June 11 and 25, 2011 |
| | | | July 09 and 23, 2011 |
| | | | August 20, 2011 |
| | | | September 17, 2011 |
| | | | October 01, 2011 |
| | | | November 29, 2011 |
| | | | December 10 and 24, 2011 |
| | | | January 21, 2012 |
| | | | March 17, 30 and 31, 2012 |
| | | | April 14 and 28, 2012 |
| | | | May 12 and 26, 2012 |

[illegible initialed seal]

*[Signature]*

| | | | |
|---|---|---|---|
| | | | July 09 and 23, 2012 |
| | | | June 21, 2012 |
| | | | August 04 and 18, 2012 |
| | | | September 29, 2012 |
| | | | October 27, 2012 |
| | | | November 10, 2012 |
| **Rene Vladimir Hernandez** | Stepdaughter | Minor | August 21, 2010 |
| **Oshly Angelina Gonzalez** | Stepdaughter | Minor | August 21, 2010 |
| **Julia Perez Abarca** | Friend | Not recorded | April 14, 2012 |

[illegible initialed seal]

*[Signature]*

ManpowerGroup Public Sector

ManpowerGroup Public Sector, Inc. (MGPS)
6400 Arlington Boulevard, Suite 300, Falls Church, VA 22042
Tel: (703) 245-9400 | Fax: (703) 245-9401
https://www.manpowergroupusa.com/public-sector

# CERTIFICATE OF TRANSLATION

I, Charles "Matt" Whitney, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. All archival seals, stamps, and certifications have been translated here.

Spanish document name:
Exhibit 2
Exhibit 3

English document name:
Exhibit 2-ENGL
Exhibit 3-ENGL

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 1st day

of December 2025.

Matt Whitney
Signature