

## DATOS PERSONALES

| | |
|---|---|
| NOMBRE: | MOISES HUMBERTO RIVERA LUNA |
| DUI | 01201508-7 |
| ALIAS: | SANTOS |
| EDAD: | 43 AÑOS |
| ESTADO FAMILIAR: | SOLTERO/SITUACION FAMILIAR: ACOMPAÑADO |
| PROF. OFICIO: | ALBAÑIL |
| ORIGINARIO: | USULUTAN, USULUTAN, EL SALVADOR. |
| FECHA NAC.: | 07-JUL-1970 |
| RESIDENCIA: | URB, PRADOS DE VENECIA 3, PJE. 34, GRUPO 110, CASA# 35, SOYAPANGO, SAN SALVADOR, EL SALVADOR. |
| TELEFONO: | 2259-0557 |

## INFORMACION FAMILIAR

| | |
|---|---|
| PADRE: | ISRAEL ANTONIO ASCENCIO LUNA |
| MADRE: | ANA MARIA RIVERA RIVERA |
| CONYUGE: | REBECA ANTONIETTE DE RIVERA |

## INFORMACION DELINCUENCIAL

| | |
|---|---|
| ORG. CRIMINAL : | PANDILLA MS-13 |
| GRUPO DELICTIVO: | NORMANDIE LOCOS SALVATRUCHOS (NLS) |
| CARGO / FUNCION: | CORREDOR NACIONAL (RANFLERO) |
| ZONA OPERACION: | SOYAPANGO, SAN SALVADOR, EL SALVADOR. |

## INFORMACION ADICIONAL - COMENTARIOS

- RECLUIDO EN EL CENTRO PENAL DE MAXIMA SEGURIDAD DE ZACATECOLUCA.
- CAPTURADO EN CIUDAD BARRIOS

## CARACTERISTICAS FISICAS

| | |
|---|---|
| COMPLEX. FISICA: | 73 KILOGRAMOS |
| ESTATURA: | 1.72 METROS |
| COLOR PIEL: | MORENA |
| TIPO/COLOR CABELLO: | NEGRO |
| FORMA/COLOR OJOS: | CAFES |
| CARACT. ESPECIALES: | SIN REGISTRO |

## ANTECEDENTES

| FECHA | DELITOS | OBSERVACIONES |
|---|---|---|
| SIN REGISTRO | HOMICIDIO | DETENCION |
| 31-MAY-2004 | HOMICIDIO TENTADO | DETENCION |
| 20-AGO-2005 | HOMICIDIO AGRAVADO | DETENCION ADM. |
| 27-JUN-2008 | AGRUPACIONES ILICITAS | DETENCION |