**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 10-CR-256** |
| **v.** | : | |
| | : | |
| **MOISES HUMBERTO RIVERA-LUNA and TOKIRO RODAS-RAMIREZ** | : | |
| | : | |
| | : | |
| **Defendants.** | | |

**GOVERNMENT'S CONSENT MOTION TO ADDITIONAL VOIR DIRE QUESTION**

The United States of America (the "Government") files this consent motion requesting an additional voir dire question in the upcoming jury selection scheduled to begin on September 16, 2026. In support of its motion, the Government provides the following:

1. The Government proposes the following voir dire question to be asked to the pool of potential jurors:

> If you were to learn that one of more of the victims of the alleged crimes was associated with a gang, or involved in criminal activity, would that affect your ability to be a fair and impartial juror in this case?

2. The support for this additional question derives from *United States v. Escobar*, Case No. 21-CR-101 (JFB) (E.D.N.Y.).

3. Both counsels for Defendants Rivera Luna and Rodas Ramirez consent to this motion.

WHEREFORE, in light of the foregoing, the Government respectfully requests that the Court add this additional voir dire question in the upcoming jury selection scheduled to begin on September 16, 2026.

Respectively submitted,

Jeanine Ferris Pirro
United States Attorney

By: */s/ Mark Levy*
Mark Levy
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
(202) 252-7101
Mark.Levy@usdoj.gov